UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEOLA WILLIAMS AND NICOLE CHAN,

        Plaintiffs,                      Case No.: 20-CV-09871-AJN

  - against –

GLOBAL SECURITY SOLUTIONS, INC, AND
NEIGHBORHOOD ASSOCIATION FOR
INTER-CULTURAL AFFAIRS, INC, A/K/A
N.A.I.C.A., INC.,

        Defendants.
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Global Security Security Soulctions, Inc. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

        Respectfully submitted,
        LAW OFFICE OF TERRENCE J. WORMS, PC
        38-08 Union Street, Suite 12B
        Flushing, New York   11354
        (718) 358-8787
        (646) 390-9275 Facsimile

By: _____
        TERRENCE J. WORMS
        wormsesq@gmail.com

*Attorneys for Defendant Global Security Solutions, Inc.*

Dated: February 16, 2021
      Flushing, New York